UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERI KNUCKLES-KOPCSIK,

    Plaintiff,

v.                               CASE NO.: 8:13-cv-1288-T-23JBT

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

On March 17, 2014, Magistrate Judge Joel B. Toomey issued a report and recommendation (Doc. 32) that finds that the ALJ's decision in this social security appeal comports with the applicable legal standards and enjoys substantial evidentiary support. Teri Knuckles-Kopcsik objects (Doc. 33).

Thorough and well-reasoned, the report and recommendation (Doc. 32) is **ADOPTED**, Knuckles-Kopcsik's objection (Doc. 33) is **OVERRULED**, and the decision of the Commissioner of Social Security is **AFFIRMED**.

The clerk (1) will enter judgment in favor of the Commissioner of Social Security, (2) will terminate any pending motion, and (3) will close the case.

ORDERED in Tampa, Florida, on April 3, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE